Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, California 90670-4756
Tel: (562) 868-5886
Fax: (562) 868-5491
E-mail: young_rohlfing.office@speakeasy.net

Attorneys for Plaintiff
SUSAN MAZZOLINI

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN MAZZOLINI, | Case No.: CV 08-6368 JTL |
| Plaintiff, | [PROPOSED] ORDER RE STIPULATION TO DISMISS |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation to Dismiss,

IT IS HEREBY ORDERED that the court dismiss the above matter without prejudice.

DATE: April 29, 2009

/s/Jennifer T. Lum
THE HONORABLE JENNIFER T. LUM
UNITED STATES MAGISTRATE JUDGE

-1-